## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | )    CRIMINAL NO. 3:15mj 285 (DJN) |
| | ) |
| v. | ) |
| | ) |
| ROBIN J. PULIDO, | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1.  The defendant, ROBIN J. PULIDO, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2.  Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

### (Misdemeanor – Citation No. 3381552)

On or about November 1, 2015, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, ROBIN J. PULIDO, did knowingly and intentionally commit an assault by striking another person, to wit: ROBIN J. PULIDO struck James W. McAusland II, by pushing him and striking him on the left side of his face with a closed fist.

U.S. v. ROBIN J. PULIDO

(In violation of Title 18, United States Code, Section 113(a)(4)).


DANA J. BOENTE
UNITED STATES ATTORNEY


By: _____
Stephen C. Dimpsey
Special Assistant United States Attorney

2